UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **vs.**<br><br>**Kristyn Graham** | CR. NO. |

INDICTMENT

The Grand Jury charges:

COUNT ONE
FALSE REPRESENTATION OF SOCIAL SECURITY NUMBER
[42 U.S.C. §408(a)(7)(B)]

From in and about May of 1997 to in and about November of 2003, in the District of New Hampshire and elsewhere, the defendant,

**Kristyn Graham,**

for the purpose of deceiving law enforcement officers about her true identity, and with intent to deceive, falsely represented to the Dover Police Department that the social security account number assigned to the defendant by the Commissioner of Social Security was **xxx-xx-xxxx**, when in fact, as the defendant well knew, that was not the social security account number that had been assigned to the defendant by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

**COUNT TWO**
**FALSE REPRESENTATION OF SOCIAL SECURITY NUMBER**
**[42 U.S.C. §408(a)(7)(B)]**

From on or about May 4, 2005 to in and about October of 2005, in the District of New Hampshire and elsewhere, the defendant,

**Kristyn Graham,**

for the purpose of obtaining a thing of value from another person, that is rental property, and with intent to deceive, falsely represented to the owners of the rental property that the social security account number assigned to the defendant by the Commissioner of Social Security was **xxx-xx-xxxx**, when in fact, as the defendant well knew, that was not the social security account number that had been assigned to the defendant by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

**COUNT THREE**
**FALSE REPRESENTATION OF SOCIAL SECURITY NUMBER**
**[42 U.S.C. §408(a)(7)(B)]**

From on or about August 23, 2005 to in and about October of 2005, in the District of New Hampshire and elsewhere, the defendant,

**Kristyn Graham,**

for the purpose of obtaining a thing of value from another person, that is general welfare assistance from the City of Dover, New Hampshire, and with intent to deceive, falsely represented to the City of Dover Welfare Department that the social security account number assigned to the defendant by the Commissioner of Social Security was **xxx-xx-xxxx**, when in fact, as the defendant well knew, that was not the social security account number that had been assigned to the defendant by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

                                        A TRUE BILL

                                        /s/ Grand Jury Foreperson
Dated: March 8, 2006                    Foreperson

    THOMAS P. COLANTUONO
    United States Attorney
    District of New Hampshire


By:  /s/ Alfred Rubega
     Alfred Rubega
     Assistant U.S. Attorney