**UNITED STATES DISTRICT COURT**
         **FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                    Case No. 06-cr-45-01-PB

<u>**Kristyn Graham**</u>

                      **<u>O R D E R</u>**

    The defendant, through counsel, has moved to continue the July 6, 2006 trial in the above case, citing the need for additional time to prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2006 to September 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on August 28, 2006 at 4:45 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 28, 2006

cc: Paul Garrity, Esq.
Alfred Rubega, Esq.
United States Probation
United States Marshal