**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

    **v.**                                                          Case No. 06-cr-45-01-PB

<u>**Kristyn Graham**</u>


<u>**O R D E R**</u>

    The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing newly appointed counsel and the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to November 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on October 30, 2006 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 31, 2006

cc: Bruce Kenna, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal